JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>JAY-RAMA CORPORATION, a California corporation,<br><br>Defendant. | Case No: 2:25-cv-03616-RGK-KES<br><br>[~~PROPOSED~~] JUDGMENT<br><br>**MODIFIED BY THE COURT** |

On Motion and good cause shown,

IT IS HEREBY ORDERED granting judgment in favor of Plaintiff Theresa Brooke and against Defendant JAY-RAMA CORPORATION, a California corporation, in the following particulars:

- ✓ Defendant to convert the parking space that is on the shortest route to the Hotel's entrance (Victoria Motel located at 2350 Victoria Avenue, Ventura, California) to a disabled parking space compliant with Section 208.3.1 of the 2010 Standards

///
///
///

1     ✓ Attorneys fees in the amount of $1,850.00, payable to Plaintiff ; and,

2     ✓ Costs in the amount of $450.00, payable to Plaintiff.

4    DATED: 8/5/2025

*[signature: Gary Klausner]*

Hon. R. Gary Klausner
U.S. District Judge